UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NELLY GARCIA | : | |
| | : | Civil. 17-3279 (WHW) |
| Plaintiff(s) | : | |
| | : | |
| v | : | |
| | : | |
| | : | **ORDER DISMISSING** |
| NATIONWIDE DEBT MANAGEMENT SOLUTIONS, LLC | : | Pursuant to L. Civil Rule 41.1 |
| Defendant(s) | | |

It appearing to the Court that the above case has been pending for more than four months without any proceedings having been taken therein, and no objection having been entered at a call of the calendar.

**IT IS ON THIS 5th. day of MARCH, 2018**

ORDERED that the above case be and the same hereby is dismissed in accordance with L. Civ. R. 41.1 without prejudice and without cost to either party.

HON. WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE